# Court of Appeals
# of the State of Georgia

ATLANTA, November 02, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1914. JONES PETROLEUM COMPANY, INC. v. SALIM GILLANI, et al.

On April 13, 2012, the trial court entered an order granting Intervenor 875 Woodstock, LLC's motion for equitable relief. It subsequently issued a certificate of immediate review, which was signed on April 18 and was entered on April 19. Plaintiff Jones Petroleum Company, Inc. ("Jones"), then filed a notice of direct appeal from the "order of the trial court issued on April 18, 2012."[1]

The underlying case appears to remain pending in the trial court, and neither the April 13 order nor the certificate of immediate review are final appealable decisions within the meaning of OCGA § 5-6-34 (a). Accordingly, Jones was required to follow the interlocutory appeal procedure outlined in OCGA § 5-6-34 (b). Thus, after obtaining a certificate of immediate review from the trial court, it was required to file a timely application for interlocutory review in this Court. See OCGA § 5-6-34 (b); Court of Appeals Rule 30. Jones has not obtained this Court's permission to bring its appeal.[2] Accordingly, we lack jurisdiction, and this appeal is hereby DISMISSED.

---

[1] We initially transferred the appeal to the Supreme Court. The Supreme Court, however, returned the appeal here.

[2] Although Jones filed an application for interlocutory review, that application was dismissed as untimely. See A12I0235, order of July 30, 2012.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __11/02/2012__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*